# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**CLEVERLAND MCGOWAN, # W0008**                      **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 4:09-cv-165-TSL-LRA**

**UNKNOWN REESE, et al.**                      **DEFENDANTS**

<u>FINAL JUDGMENT</u>

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  3rd  day of June, 2010.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE